IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02089-RM-MJW

DAVID W. VEREN,

Plaintiff,

v.

ABBOTT LABORATORIES, an Illinois corporation,
LUNDBECK, INC., an Illinois corporation, and
OVATION RESEARCH, INC., a New Jersey corporation,

Defendants.

## APPOINTMENT ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that Plaintiff's Motion for Appointment of Counsel (Docket No. 12) is GRANTED. In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby determines that plaintiff David W. Veren merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the pro se party's claims;

    3) the demonstrated inability of the pro se party to retain counsel by other means; and

2

4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the pro se litigant in this civil matter.

This order does not guarantee that a pro bono attorney will ultimately appear for plaintiff. Accordingly, the court advises plaintiff that unless and until an attorney enters an appearance on his behalf, he remains personally responsible to comply with the court's orders and deadlines and to take all other actions necessary to continue to pursue this case. Moreover, the court will not consider the fact that pro bono counsel has yet to appear to be good cause to extend any deadlines or continue any scheduled matters.

Date: September 23, 2013  s/ Michael J. Watanabe
Denver, Colorado  Michael J. Watanabe
United States Magistrate Judge