IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02089-RM-MJW

DAVID W. VEREN,

Plaintiff,

v.

ABBOTT LABORATORIES, an Illinois corporation, and
LUNDBECK, INC., an Illinois corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Entry of Stipulation and Protective Order (docket no. 38) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 38-1) is APPROVED and made an Order of Court.

Date: February 6, 2014