# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 13-cv-02089-RM-MJW | FTR - Courtroom A-502 |
| **Date:** July 15, 2014 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| DAVID W. VEREN, | _Pro Se_ |
| Plaintiff(s), | |
| v. | |
| ABBOTT LABORATORIES, an Illinois corporation, and LUNDBECK, INC., an Illinois corporation, | Micah L. Hobbs |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:** 9:30 a.m.
Court calls case. Telephonic appearances of _Pro Se_ plaintiff and defense counsel.

The Court raises Defendants' Report on Discovery and Request for Expert Discovery for discussion. It is noted discovery as to "Phase I" of this case is completed.

Discussion is held regarding medical record releases.
Defense counsel notes defendants have received records from Robert C. Elliott, DDS, PC.
Defendants have not received records from Dr. Eric T. Helland, and it is believed his dental records have been destroyed following his retirement.
Plaintiff advises the Court he has remembered he has seen three or four additional dentists.
Defendants have not received any information as to any additional dentists.

**It is ORDERED:**   **On or before JULY 22, 2014,** Plaintiff shall provide names and addresses and releases for any medical records of the additional three or four dentists noted today by the Plaintiff. If Plaintiff recalls further additional dentists he has seen, he shall also provide those names and addresses and releases.

The need for a second Rule 16(b) Scheduling Conference is discussed.

**It is ORDERED:**      A   **TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE** as to expert discovery / dispositive motions deadline  is  set   **JULY 29, 2014 at   9:00 a.m.**

Parties shall file their JOINT PROPOSED AMENDED SCHEDULING ORDER **on or before   JULY 25, 2014.**  Defendants shall electronically file the joint proposed Amended Scheduling Order.

All participating parties are to be on the call  *before*  the Court is contacted; Defense counsel shall create the  conference call.  Once the conference call is established, the Court shall  be added as the final connection by dialing  (303) 844-2403  at the scheduled time.

**It is ORDERED:**      That  portion of DEFENDANTS' REPORT ON DISCOVERY AND REQUEST FOR EXPERT DISCOVERY [Docket No. **57,** Filed June 30, 2014 ] which is deemed a MOTION, is **GRANTED** for reasons as set forth on the record.

HEARING CONCLUDES.

**Court in recess:**   9:47 a.m.
Total In-Court Time:   00:17

To order a transcript of this proceedings, contact  Avery Woods Reporting    (303) 825-6119  or     Toll Free    1-800-962-3345.