IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02089-RM-MJW

DAVID W. VEREN,

    Plaintiff,

v.

ABBOTT LABORATORIES, an Illinois Corporation, and
LUNDBECK, INC., an Illinois Corporation,

    Defendants.

___

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT ABBOTT LABORATORIES**
___

THIS MATTER having come before the Court on the parties' Joint Stipulated Motion to Dismiss with Prejudice (ECF No. 61), and the Court having reviewed the same and being fully advised: ORDERS that the Motion is GRANTED and that the action against Defendant Abbott Laboratories is hereby dismissed, with prejudice, each party to pay its or his own costs and attorney fees; and FURTHER ORDERS that Defendant Abbott Laboratories' name shall be removed from the caption in all future filings with the Court.

DATED this 17th day of July, 2014.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge