IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02089-RM-MJW

DAVID W. VEREN,

    Plaintiff,

v.

LUNDBECK, INC., an Illinois Corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed.R.Civ.P.41(a)(2) and the Joint Stipulated Dismissal With Prejudice (ECF No. 65) signed by the attorneys for the parties hereto, it is

ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorney's fees.

DATED this 24th day of July, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge